# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 1947 Disciplinary Docket No. 3 |
| | : | |
| KELLY S. BALLENTINE | : | No. 142 DB 2013 |
| | : | |
| | : | Attorney Registration No. 74667 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Lancaster County) |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th of March, 2016, on certification by the Disciplinary Board that Kelly S. Ballentine, who was suspended for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Kelly S. Ballentine is reinstated to active status, effective immediately.

Justice Baer dissents and would issue a rule to show cause upon the Office of Disciplinary Counsel directing it to inform the Court, pursuant to Pa.R.D.E. 218(g)(2)(i), whether disciplinary proceedings are pending or have been authorized based upon all of the conduct resulting in Respondent's removal from her position as magisterial district judge.

Justice Eakin did not participate in the consideration or decision of this matter.